SAL/BEC USAO # 2012R00544

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. CCB-13-0354 |
| | : | |
| v. | : | (Conspiracy to Distribute Methylone, 21 |
| | : | U.S.C. § 846) |
| JOSHUA SYLVIA, | : | |
| | : | |
| Defendant. | : | |
| | : | |

..oOo..

## INFORMATION

### COUNT ONE
(Conspiracy to Distribute Methylone)

The United States Attorney for the District of Maryland charges that:

Between 2011 and the summer of 2012, in the District of Maryland and elsewhere, the defendant,

**JOSHUA SYLVIA**

did knowingly and willfully combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to knowingly, intentionally, and unlawfully distribute and possess with intent to distribute methylone, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

21 U.S.C. § 846

_Rod Rosenstein / Scott Lemmon_
Rod J. Rosenstein
United States Attorney

1